Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SHAWNTAI T. JONES    v. DEPT. OF THE ARMY

No. 14-3056

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: Shawntai T. Jones
                                   Name of party

I am, or the party I represent is (select one):

[✓] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Peter C. Lown
Law firm: PETER C. LOWN, P.C.
Address: 112 Chip Place
City, State and ZIP: Stockbridge, GA 30281-5055
Telephone: 404-520-0171
Fax #: 404-506-9149
E-mail address: peter@lownpc.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/27/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

02/08/14
Date

_____
Signature of pro se or counsel

cc: Randall Bentley, Deptartment of the Army